UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARHANA N UDDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 15-CV-04065-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Scott Shaffman
Defendant's Attorney: Dylan Rudolph

　　　An initial case management conference was held on January 27, 2016. A further case management conference is set for June 9, 2016 at 1:30 p.m. The parties shall file their joint case management statement by June 2, 2016.

　　　The Court extended the parties' mediation deadline to February 22, 2016. The parties shall file a joint settlement status report by February 26, 2016.

　　　There will be no discovery in the instant case.

　　　The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | June 9, 2016 at 1:30 p.m. |

1

Case No. 15-CV-04065-LHK
CASE MANAGEMENT ORDER

| Deadline to Complete Mediation | February 22, 2016 |
|---|---|
| Deadline for Cross-Motions for Judgment | Opening Briefs: April 28, 2016<br>Opposition Briefs: May 19, 2016<br>There will be no replies |
| Hearing on Cross-Motions for Judgment | June 9, 2016 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: January 28, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-04065-LHK
CASE MANAGEMENT ORDER