UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARHANA N UDDIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-CV-04065-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 26 |

The parties' stipulation of dismissal with prejudice is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-04065-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE